**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1879**

PASCAL KOUADIO,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted: January 17, 2014          Decided: January 31, 2014

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Petition dismissed in part; denied in part by unpublished per
curiam opinion.

Godwill C. Tachi, TACHI LAW FIRM, LLC, Greenbelt, Maryland, for
Petitioner. Stuart F. Delery, Assistant Attorney General,
William C. Peachey, Assistant Director, Mona Maria Yousif,
Office of Immigration Litigation, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pascal Kouadio, a native and citizen of the Ivory Coast, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and Kouadio's contentions and find that we lack jurisdiction over the claims challenging the Board's order of March 19, 2013, from which Kouadio failed to file a timely petition for review. See Stone v. INS, 514 U.S. 386, 405 (1995). Accordingly, we dismiss the petition for review in part with respect to those claims. Next, after reviewing Kouadio's claims relative to the instant order under review, we conclude that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2013). We therefore deny the petition for review in part for the reasons stated by the Board. See In re: Kouadio (B.I.A. June 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED IN PART;
DENIED IN PART

2